**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**

Order Filed on December 21,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

IN RE:
  CANDITA GONZALES

**Case No.:  17-27463 JKS**

**Hearing Date:  12/14/2017**

**Judge:  JOHN K. SHERWOOD**

**Debtor is Entitled To Discharge**

### ORDER CONFIRMING PLAN

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: December 21, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  17-27463 JKS

Caption of Order:    ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 8/29/2017, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 9/1/2017, the Debtor shall pay the Standing Trustee

   the sum of $250.00 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that Debtor must complete Loan Modification  of 78-82 Rockland St  by 1/6/2018 or as extended through the courts Loss Mitigation Program. If loan modification not completed case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that mortgage arrears are to be paid outside the plan through Loan Modification; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,500.00.  The unpaid balance of the allowed fee in the amount of $2,500.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee; and it is further

- ORDERED, that should the Debtor fail to make plan payments for a period of more than 30 days, the Standing Trustee may file with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-receipt of Payment and request that the Debtors case be dismissed.  The Debtor shall have fourteen (14) days from the date of the filing of the Certification to file with the Court and serve upon the Trustee a written objection to such Certification; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:
Candita Gonzales
        Debtor

Case No. 17-27463-JKS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Dec 21, 2017
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db                Candita Gonzales,    78-82 Rockland Street,    Paterson, NJ  07501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Russell L. Low   on behalf of Debtor Candita  Gonzales rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                            TOTAL: 4