| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | Order Filed on December 29,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |

In Re:

Candita Gonzales

Case No.: __17-27463__

Chapter: __13__

Judge: __JKS__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 29, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on   October 27, 2017   :

Property:      78-82 Rockland Street Paterson, NJ 07501

Creditor:      Nationstar Mortgage, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by   Russell L. Low  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including   April 6, 2018  .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*