RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 17-27463

Re:   CANDITA GONZALES            Atty:  RUSSELL L LOW ESQ
      78-82 ROCKLAND STREET              LOW & LOW ESQS
      PATERSON, NJ  07501                505 MAIN STREET, SUITE 304
                                         HACKENSACK, NJ  07601

## RECEIPTS AS OF 12/31/2017     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/27/2017 | $250.00 | 4314855000  - | 10/30/2017 | $250.00 | 4397380000  - |
| 12/01/2017 | $250.00 | 4484442000  - | | | |

**Total Receipts: $750.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $750.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 49.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,500.00 | 100.00% | 0.00 | 2,500.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ARS ACCOUNT RESOLUTION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BK OF AMER | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CHASE CARD | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | CLEAR SPRING LOAN SERV | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | CONVERGENT OUTSOURCING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CREDIT SYSTEMS INTL IN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | DSNB MACYS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SEARS/CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WACHRL | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | WELLS FARGO BANK NV NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | CONVERGENT OUTSOURCING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | CREDIT SYSTEMS INTL IN | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $49.25**
See Summary

**Chapter 13 Case # 17-27463**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 10, 2018.

Receipts: $750.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $49.25    =    Funds on Hand: $950.75

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.