| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>*Attorneys for Creditor,* Nationstar Mortgage LLC<br>By: Jeanette F. Frankenberg, Esq. | |
| In Re:<br><br>    Candita Gonzales aka Candita Gonzalez<br><br><br>                                Debtor(s). | Judge: John Sherwood, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 17-27463-JKS |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

   105 Eisenhower Parkway - Suite 302
   Roseland, NJ  07068

DOCUMENTS:

☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑ All documents and pleadings of any nature.

DATED:  January 26, 2018                                    Stern Lavinthal & Frankenberg LLC

                                                            By: /s/ *Jeanette F. Frankenberg, Esq.*
                                                                 Jeanette F. Frankenberg, Esq.

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey  07068-0490<br>Telephone Number (973)797-1100<br>Telecopier Number (973)228-2679<br>Attorneys for Secured Creditor, Nationstar Mortgage LLC<br>By: Jeanette F. Frankenberg, Esq. | |
|---|---|
| In Re:<br>    Candita Gonzales aka Candita Gonzalez<br><br>            Debtor(s) | Judge: John Sherwood, U.S.B.J.<br><br>Chapter 13<br><br>Case No.: 17-27463-JKS |

## CERTIFICATION OF SERVICE

1. I,  Alicia Moore:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for Stern, Lavinthal & Frankenberg, LLC, who represents the Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

1. On January 26, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance

2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                                           */s/   Alicia Moore*
                                                              Alicia Moore

Dated:  January 26, 2018

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Candita Gonzales<br>78-82 Rockland Street<br>Paterson, NJ 07501 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Marie-Ann Greenberg Esq.<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ  07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.