Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27463−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Candita Gonzales
  aka Candita Gonzalez
  78−82 Rockland Street
  Paterson, NJ 07501

Social Security No.:
  xxx−xx−5048

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/10/18 at 11:00 AM

to consider and act upon the following:

*25* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Candita Gonzales. Objection deadline is 4/12/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*26* − Objection to Debtor's Motion for Approval to Participate in the Loss Mitigation Program (related document:25 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Candita Gonzales. Objection deadline is 4/12/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Candita Gonzales) filed by Jeanette F. Frankenberg on behalf of NATIONSTAR MORTGAGE LLC. (Frankenberg, Jeanette)

Dated: 4/13/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court