Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27463−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Candita Gonzales
  aka Candita Gonzalez
  78−82 Rockland Street
  Paterson, NJ 07501

Social Security No.:
  xxx−xx−5048

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/10/18 at 11:00 AM

to consider and act upon the following:

*25* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Candita Gonzales. Objection deadline is 4/12/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*26* − Objection to Debtor's Motion for Approval to Participate in the Loss Mitigation Program (related document:25 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Candita Gonzales. Objection deadline is 4/12/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Candita Gonzales) filed by Jeanette F. Frankenberg on behalf of NATIONSTAR MORTGAGE LLC. (Frankenberg, Jeanette)

Dated: 4/13/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

Case 17-27463-JKS    Doc 28    Filed 04/15/18    Entered 04/16/18 00:38:00    Desc Imaged
Certificate of Notice    Page 2 of 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-27463-JKS
Candita Gonzales                                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Apr 13, 2018
                            Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db          Candita Gonzales,    78-82 Rockland Street,    Paterson, NJ  07501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Candita  Gonzales rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5