| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> Marie-Ann Greenberg MAG-1284 <br> Marie-Ann Greenberg, Standing Trustee <br> 30 TWO BRIDGES ROAD <br> SUITE 330 <br> FAIRFIELD, NJ  07004-1550 <br> 973-227-2840 <br> ~~Chapter 13 Standing Trustee~~ <br> IN RE: <br> CANDITA GONZALES |

Case No.:  17-27463

Adv. No.:

Hearing Date:

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 05/24/2018, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
CANDITA GONZALES
78-82 ROCKLAND STREET
PATERSON, NJ  07501
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  May 24, 2018

By:   /S/  Jackie Michaels
Jackie Michaels