Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−27463−JKS
                Chapter:  13
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candita Gonzales
   aka Candita Gonzalez
   78−82 Rockland Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−5048

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on December 21, 2017.

   On 07/11/2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                August 9, 2018
Time:               09:00 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 12, 2018
JAN: mg

                                                                                                               Jeanne Naughton
                                                                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-27463-JKS
Candita Gonzales                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Jul 12, 2018
                            Form ID: 185             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
```
db              Candita Gonzales,    78-82 Rockland Street,    Paterson, NJ  07501
517034450      +ARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 1,    SUNRISE, FL 33323-2857
517034451     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BK OF AMER,     PO BOX 982238,    EL PASO, TX 79998)
517034452      +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517034453      +CLEAR SPRING LOAN SERV,    18451 N DALLAS PKWY STE,    DALLAS, TX 75287-5202
517034454      +CONVERGENT OUTSOURCING,    800 SW 39TH ST,    RENTON, WA 98057-4975
517034458      +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517274808      +Hackensack Anesthesiology Associates P.A.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
517034459      +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517034460      +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
517199237      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
                 Dallas, TX 75261-9096
517034461      +SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
517034462      +WACHRL,   PO BOX 3117,    WINSTON SALEM, NC 27102-3117
517034463      +WELLS FARGO BANK NV NA,    PO BOX 94435,    ALBUQUERQUE, NM 87199-4435
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
517034456      +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Jul 12 2018 23:26:48      CREDIT SYSTEMS INTL IN,
                 1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517034455*     +CONVERGENT OUTSOURCING,    800 SW 39TH ST,    RENTON, WA 98057-4975
517034457*     +CREDIT SYSTEMS INTL IN,    1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Debtor Candita  Gonzales rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```