| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br><br>In Re:<br><br>CANDITA GONZALES | Case No.: 17-27463<br><br>Chapter: 13<br><br>Judge: JKS |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Candita Gonzales
(Example: John Smith, creditor)

Old address: 78-82 Rockland Street
Paterson, NJ 07501

New address: 82 Rockland Street
Paterson, NJ 07501

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 10/18/18                    /s/ Russell L. Low
                                  Signature

*rev.2/1/16*