Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−27463−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candita Gonzales
   aka Candita Gonzalez
   82 Rockland Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−5048

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/25/19 at 10:00 AM

to consider and act upon the following:

*64* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/27/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*67* − Certification in Opposition to (related document:64 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/27/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Candita Gonzales. (Low, Russell)

Dated: 3/27/19

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court