Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  17−27463−JKS
                    Chapter:  13
                    Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Candita Gonzales
   aka Candita Gonzalez
   82 Rockland Street
   Paterson, NJ 07501

Social Security No.:
   xxx−xx−5048

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       9/12/19
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Russell L. Low, attorney

COMMISSION OR FEES
$1,800.00

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 7, 2019
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-27463-JKS
Candita Gonzales                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Aug 07, 2019
                              Form ID: 137             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db         +Candita Gonzales,    82 Rockland Street,    Paterson, NJ 07501-2560
cr         +BSI Financial Services,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
517034450  +ARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 1,    SUNRISE, FL 33323-2857
517034451 ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998)
517034452  +CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850-5298
517034453  +CLEAR SPRING LOAN SERV,    18451 N DALLAS PKWY STE,    DALLAS, TX 75287-5202
517034454  +CONVERGENT OUTSOURCING,    800 SW 39TH ST,    RENTON, WA 98057-4927
517034458  +DSNB MACYS,    PO BOX 8218,   MASON, OH 45040-8218
517274808  +Hackensack Anesthesiology Associates P.A.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
             Parsippany NJ 07054-5020
517034459  +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517034460  +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4177
517199237  +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
             Dallas, TX 75261-9096
517034461  +SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
517654870  +U.S. Bank Trust National Association,    c/o BSI Financial Services,
             1425 Greenway Dr., ste 400,    Irving TX 75038-2480
517654871  +U.S. Bank Trust National Association,    c/o BSI Financial Services,
             1425 Greenway Dr., ste 400,    Irving TX 75038,    U.S. Bank Trust National Association,
             c/o BSI Financial Services 75038-2480
517034462  +WACHRL,    PO BOX 3117,    WINSTON SALEM, NC 27102-3117
517034463  +WELLS FARGO BANK NV NA,    PO BOX 94435,    ALBUQUERQUE, NM 87199-4435
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2019 00:04:29    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2019 00:04:26     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517034456  +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Aug 08 2019 00:05:07     CREDIT SYSTEMS INTL IN,
             1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517034455* +CONVERGENT OUTSOURCING,    800 SW 39TH ST,    RENTON, WA 98057-4927
517034457* +CREDIT SYSTEMS INTL IN,    1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Aug 07, 2019
                               Form ID: 137             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Russell L. Low    on behalf of Debtor Candita  Gonzales rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                             TOTAL: 7