**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

  CANDITA GONZALES

Order Filed on April 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-27463 JKS**

**Hearing Date:  4/23/2020**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 24, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  CANDITA GONZALES

Case No.:  17-27463

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 04/23/2020 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

■  ORDERED, that the Debtor(s) must file modified plan by 5/7/2020 or the case will be dismissed; and it is

further

■  ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above

referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.