**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on April 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   CANDITA GONZALES

Case No.:  17-27463 JKS

Hearing Date:  4/23/2020

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: April 24, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): CANDITA GONZALES

Case No.: 17-27463

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 04/23/2020 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 5/7/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Candita Gonzales  
     Debtor

Case No. 17-27463-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 24, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2020.  
db           +Candita Gonzales,   82 Rockland Street,   Paterson, NJ 07501-2560

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2020                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg   on behalf of Creditor   NATIONSTAR MORTGAGE LLC cmecf@sternlav.com  
        Jonathan C. Schwalb   on behalf of Creditor   BSI Financial Services bankruptcy@friedmanvartolo.com  
        Kevin Gordon McDonald   on behalf of Creditor   NATIONSTAR MORTGAGE LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Russell L. Low   on behalf of Debtor Candita  Gonzales ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 7