Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−27463−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Candita Gonzales
  aka Candita Gonzalez
  82 Rockland Street
  Paterson, NJ 07501

Social Security No.:
  xxx−xx−5048

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/13/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 13, 2020
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Candita Gonzales  
    Debtor

Case No. 17-27463-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: May 13, 2020  
                Form ID: 148     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.

```
db           +Candita Gonzales,    82 Rockland Street,    Paterson, NJ 07501-2560
cr           +BSI Financial Services,    85 Broad Street,    Suite 501,    New York, NY 10004-1734
517034450    +ARS ACCOUNT RESOLUTION,    1643 HARRISON PKWY STE 1,    SUNRISE, FL 33323-2857
517034453    +CLEAR SPRING LOAN SERV,    18451 N DALLAS PKWY STE,    DALLAS, TX 75287-5202
517274808    +Hackensack Anesthesiology Associates P.A.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
               Parsippany NJ 07054-5020
517034459    +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517034460    +NATIONSTAR/MR. COOPER,    350 HIGHLAND DR,    LEWISVILLE, TX 75067-4488
517199237    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
               Dallas, TX 75261-9096
517654870    +U.S. Bank Trust National Association,    c/o BSI Financial Services,
               1425 Greenway Dr., ste 400,    Irving TX 75038-2480
517654871    +U.S. Bank Trust National Association,    c/o BSI Financial Services,
               1425 Greenway Dr., ste 400,    Irving TX 75038,    U.S. Bank Trust National Association,
             c/o BSI Financial Services 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 13 2020 23:08:57      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 13 2020 23:08:55      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517034451     EDI: BANKAMER.COM May 14 2020 02:48:00      BK OF AMER,    PO BOX 982238,    EL PASO, TX 79998
517034454    +EDI: CONVERGENT.COM May 14 2020 02:48:00      CONVERGENT OUTSOURCING,    800 SW 39TH ST,
               RENTON, WA 98057-4927
517034456    +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM May 13 2020 23:09:18      CREDIT SYSTEMS INTL IN,
               1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
517034458    +EDI: TSYS2.COM May 14 2020 02:48:00      DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
517034452     EDI: JPMORGANCHASE May 14 2020 02:48:00      CHASE CARD,    PO BOX 15298,    WILMINGTON, DE 19850
517034461    +EDI: SEARS.COM May 14 2020 02:48:00      SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
517034462    +EDI: WACHOVIA.COM May 14 2020 02:48:00      WACHRL,    PO BOX 3117,
               WINSTON SALEM, NC 27102-3117
517034463    +EDI: WFFC.COM May 14 2020 02:48:00      WELLS FARGO BANK NV NA,    PO BOX 94435,
               ALBUQUERQUE, NM 87199-4435
                                                                                              TOTAL: 10
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517034455*   +CONVERGENT OUTSOURCING,    800 SW 39TH ST,    RENTON, WA 98057-4927
517034457*   +CREDIT SYSTEMS INTL IN,    1277 COUNTRY CLUB LN,    FORT WORTH, TX 76112-2304
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                             Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:

```
         Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Jeanette F. Frankenberg    on behalf of Creditor    NATIONSTAR MORTGAGE LLC cmecf@sternlav.com
         Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
          bankruptcy@friedmanvartolo.com
         Kevin Gordon McDonald    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Marie-Ann Greenberg    magecf@magtrustee.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 13, 2020
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Russell L. Low    on behalf of Debtor Candita  Gonzales ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         TOTAL: 7